JOSEPH W. FISKE, Appellant, *v.* THE MAYOR, ALDERMEN AND
COMMONALTY OF NEW YORK et al., Respondents, et al.,
Appellants.

(Argued March 16, 1893; decided May 5, 1893.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made April 28, 1892, which reversed judgments in favor of plaintiff and the defendants

Andrew L. Smith and others, entered upon the report of a referee, and granted a new trial.

*John Brooks Leavitt* and *Albert H. Atterbury* for appellants.

*Dudley R. Horton* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed, and judgment absolute on stipulation.